UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

| | |
|---|---|
| RYAN RAKOCZY | CASE NO. 07-12233 |
| BABETTE RAKOCZY | CHAPTER 7 |
| DEBTOR(S). | |

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #4 of Midwest Oral & Maxillofacial Surgery Assoc
> Account number: 9786
> Claimed amount: $79.00
> Pro rata distribution: $.05
>
> Claim #5 of Midwest Verizon Wireless
> Account number: 00540280901652000001
> Claimed amount: $534.75
> Pro rata distribution: $.31
>
> Claim #6 of Three Rivers Federal Credit Union
> Account number: 0503
> Claimed amount: $751.11
> Pro rata distribution: $.43

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated: March 10, 2010                /s/ Mark A. Warsco
                                      Mark A. Warsco, Trustee
                                      P.O. Box 11647
                                      Fort Wayne, IN  46859-1647
                                      Telephone:  (260) 469-0256
                                      e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on March 10, 2010:

| | |
|---|---|
| JEFFREY S. ARNOLD<br>jsarnold@mchsi.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Midwest Oral & Maxillofacial Surgery Assoc<br>c/o Snow&Sauerteig<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 | Midwest Verizon Wireless<br>404 Brock Dr<br>Bloomington, IL 61701 |
| Three Rivers Federal C.U.<br>Three Rivers FCU<br>P.O. Box 2573<br>Ft. Wayne, IN 46801 | |

                                                /s/ Mark A. Warsco<br>
                                                Mark A. Warsco, Trustee